## BRETTEL V. CONNELLY.

Decided Nov. 26th, 1908.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

PILLANS, HANNAW & PILLANS, for appellant.   GREGORY L. & H. T. SMITH, for appellee.

DENSON, J.—Affirmed on authority of *Fleming & Hines v. L. & N. R. R. Co.* 148 Ala. 527, 41 South. 683.

TYSON, C. J., and SIMPSON and ANDERSON, JJ., concur.

---

## EX PARTE CROTHWELL.

(Decided July 3rd, 1908.)

Original Petition in Supreme Court.

PINKNEY SCOTT, for petitioner.   ALEXANDER M. GARBER, Attorney General, for respondent.

Per Curiam.   Rule Nisi denied and petition dismissed.

---

## GRIEL V. TILLIS.

(Decided Nov. 19th, 1908.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

LEE H. WEIL, and S. H. DENT, JR., for appellant. HILL, HILL & WHITING, for appellee.

DOWDELL, J.—The Court agrees with the finding of the trial judge.

TYSON, C. J., and ANDERSON and McCLELLAN, JJ., concur.